# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1250
LT Case No. 2018-30032-CICI

_____

NANCY M. ROJAS,

    Appellant,

    v.

HALIFAX HOSPITAL TAX DISTRICT,
HALIFAX HEALTH, INC., AND KARL
M. UNKENHOLZ, M.D.,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Mary G. Jolley, Judge.

Nancy M. Rojas, Ormond Beach, pro se.

Allison Morat, of Bitman O'Brien & Morat, PLLC, Lake Mary, for
Appellees, Halifax Hospital Tax District and Halifax Health, Inc.

Thomas A. Valdez and Megan G. Colter, of Quintairos,
Prietowood & Boyer, P.A., Tampa, for Appellee, Karl M.
Unkenholz, M.D.


October 24, 2023

PER CURIAM.

    AFFIRMED.

SOUD, MacIVER, and PRATT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————